UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Juacell Duvon Britt,<br><br>        Plaintiff,<br><br>  v.<br><br>Washoe County Jail, et al.,<br><br>        Defendants. | Case No.: 2:22-cv-02068-GMN-BNW<br><br>**ORDER** |

Previously the Court referred this action to the Pro Bono Counsel Program for the purpose of finding an attorney willing to be appointed as free counsel for plaintiff Juacell Britt. ECF No. 13. Plaintiff was required to complete and submit paperwork to move that process forward. ECF No. 17. But Plaintiff did not complete the required paperwork, and the Pro Bono Coordinator was unable to reach Plaintiff despite numerous attempts to do so. ECF No. 17. So the Court removed this action from the program and directed that Plaintiff must represent himself. ECF No. 18.

In light of the foregoing, Plaintiff is advised that a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number." Nev. LR IA 3-1. And the failure to do so "may result in the dismissal of the action, entry of default judgment, or other sanctions deemed appropriate by the court." *Id.*

It is therefore ordered that Plaintiff has **until November 18, 2024**, to <u>either</u> file his updated contact information with the Court **or** confirm that the Court has all his current contact information.

It is further ordered that Plaintiff has **until November 18, 2024**, to inform the Court in writing if he intends to represent himself in this action or will seek to obtain counsel himself.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if he fails to timely comply with this order.

DATED: October 18, 2024

                                                                                                                  UNITED STATES MAGISTRATE JUDGE